IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                            Case No. 3:06cr66/LAC

VALENTINE VASSER

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **VALENTINE VASSER,** pursuant to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1), and 846, and 853, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Count One of said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in said indictment, to wit: that the defendant did unlawfully combine, conspire, confederate and agree to distribute and possess with intent to distribute cocaine;

AND WHEREAS, on or about June 13, 2006, defendant, **VALENTINE VASSER,** pled guilty to the violation set forth in the indictment and consented to forfeiture in his plea and cooperation agreement;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 21, United States Code,

06 JUN 15 AM 9: 40

FILED

Section 853(a)(1) and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the item described below is hereby forfeited to and vested in the United States of America.

2. That the item which is subject to forfeiture in this Order is as follows:

(A) $9,241 in United States currency seized from 6625 Park Avenue.

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant **VALENTINE VASSER** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 14th day of June, 2006.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE