**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs          CASE NO: 3:06cr66-002

VALENTINE VASSER,
    Defendant.
_____/

**ORDER REDUCING SENTENCE**

    Defendant's sentence of confinement is hereby reduced from 292 months to 148 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 18 September 2006 as modified by an order of this Court dated 7 April 2009 shall remain unchanged.

    **ORDERED** this 14th day of April, 2009.

                                          *s/L.A. Collier*
                                          LACEY A. COLLIER
                                       Senior United States District Judge